[No. 41184-5-I.     Division One.     January 25, 1999.]

TOM VASILATOS, ET AL., *Respondents*, v. LARRY HAGEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-04439-6, J. Kathleen Learned, J., entered June 18, 1997. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Baker, J., and Schindler, J. Pro Tem.

[No. 41681-2-I.     Division One.     February 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE NORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03699-9, Marilyn R. Sellers, J., entered November 17, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41739-8-I.     Division One.     February 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY A. PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03877-1, Jeanette R. Burrage, J., entered November 14, 1997. *Affirmed* by unpublished per curiam opinion.